United States District Court
Southern District of Texas
**ENTERED**
December 21, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| JOHN WILSON, | § | |
| Petitioner, | § § | |
| versus | § § | CIVIL ACTION H-17-2879 |
| LORIE DAVIS, | § § | |
| Respondent. | § § | |

## Order of Adoption

On November 7, 2017, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (9). Petitioner filed objections (10). After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Wilson's petition for writ of habeas corpus is denied with prejudice as time-barred.

Signed _December 21_, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge